

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00261-CR

| | | |
|---|---|---|
| MICHAEL ANDREW LINDSEY, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1484541D) |
| | § | |
| V. | § | March 7, 2019 |
| | § | Opinion by Justice Pittman |
| | § | |
| THE STATE OF TEXAS | | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Mark T. Pittman_____
Justice Mark T. Pittman